UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CERUTTI, et al.,<br><br>　　　　　　Plaintiff,<br>　vs.<br>PORTFOLIO RECOVERY<br>ASSOCIATES, INC., et al.,<br>　　　　　　Defendants.<br>　　　　　　　　　　　　　／ | CASE NO. CV F 11-0818 LJO MJS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 15.) |

　　　　Plaintiff's counsel notified this Court that settlement has been reached.  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 2, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

　　　　This Court VACATES all pending dates and matters, including the November 29, 2012 pretrial conference and January 8, 2013 trial.

　　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   February 1, 2012**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE