1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KEVIN CERUTTI, et al.,                    CASE NO. CV F 11-0818 LJO MJS

12                    Plaintiff,               **ORDER TO DISMISS AND TO CLOSE
                                               ACTION**
13           vs.                               (Doc. 17.)

14   PORTFOLIO RECOVERY ASSOCIATES,
     INC., et al.,
15
                     Defendant.
16   _____/

17          Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

18          1.      DISMISSES with prejudice this entire action;

19          2.      VACATES all pending matters; and

20          3.      DIRECTS the clerk to close this action.

21

22          IT IS SO ORDERED.

23   **Dated:    February 8, 2012**              /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                            1