IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CERUTTI, et al., | CASE NO. CV F 11-0818 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 17.) |
| PORTFOLIO RECOVERY ASSOCIATES, INC., et al., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   February 8, 2012**                        /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1